IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISSAC M. CORONADO,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**NARINDER SAUKHLA,**<br><br>                                    Defendant. | Case No. 2:21-cv-215 CKD-WBS  P<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE ANY MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT** |

Having read and considered the *ex parte* application for extension of time filed by Defendant N. Saukhla ("Defendant"); the memorandum of points and authorities accompanying the application; and the declaration of Defendant's counsel supporting the application, and for good cause appearing, the application is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

  1.   Defendant's request for an extension of time to file any motion to opt out of this District's Post-Screening ADR Project is **GRANTED**; and

///

///

///

///

2. Defendant may file and serve any motion to opt out of the Court's Post-Screening ADR Project on or before November 1, 2021.

**IT IS SO ORDERED.**

Dated:  October 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE