UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO, | No. 2:21-cv-0215 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NARINDER SAUKHLA, | |
| Defendant. | |

A settlement conference was recently held in this action and the case did not settle. Good cause appearing the stay imposed in this action will be lifted and defendant will be ordered to file his response to plaintiff's reaming claim within 14 days.

Also, the court notes that plaintiff has filed an amended complaint. Because plaintiff did not obtain leave to amend, nor file a motion indicating why leave should be given, the amended complaint will be stricken.

/////
/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. The stay imposed in this action on August 17, 2021 is lifted.

2. Defendant shall file his response to plaintiff's remaining claim within 14 days.

3. Plaintiff's amended complaint (ECF No 17) is stricken.

Dated: April 1, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coro0215.fa