UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO,<br><br>  Plaintiff,<br><br>  v.<br><br>NARINDER SAUKHLA,<br><br>  Defendant. | No. 2:21-cv-0215 WBS CKD P<br><br><br><br>ORDER |

On April 25, 2022 (EFC No. 35 at 4),[1] plaintiff filed a request for reconsideration of the magistrate judge's April 1, 2022 order striking plaintiff's amended complaint because plaintiff did not seek or obtain leave to amend, lifting the stay and ordering defendant to respond to the remaining claim in the original complaint.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 35) is denied.

Dated: May 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Documents submitted by prisoners in a 42 U.S.C. § 1983 action such as this are deemed filed when the prisoner gives the document to a prison official for mailing.  Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009).