UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NARINDER SAUKHLA,<br><br>　　　　Defendant. | No.  2:21-cv-0215 WBS CKD P<br><br><br>ORDER |

　　　　On April 1, 2022, the Magistrate Judge issued an order striking plaintiff's amended complaint.  On June 13, 2022, plaintiff filed a second request for reconsideration of that order with the first request having been denied on May 6, 2022.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties."  Pursuant to the rules of this court, the second request for reconsideration is not timely.  Moreover, because it still does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law, the second request is denied on its merits for the reasons that plaintiff's first request for reconsideration was denied.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's June 13, 2022 request for reconsideration is denied.

Dated:  July 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

coro0215.851