IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISSAC M. CORONADO,** | Case No. 2:21-cv-215 CKD-WBS |
| Plaintiff, | **ORDER** |
| v. | |
| **SAUKHLA,** | |
| Defendant. | |

Good cause having been shown, the Court GRANTS Defendant's Request to Take Plaintiff's Deposition by Videoconference. Defendant is permitted to conduct the deposition of Plaintiff Issac M. Coronado (P93814) by videoconference.

Dated: July 25, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE