UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NARINDER SAUKHLA,<br><br>　　　Defendant. | No. 2:21-cv-0215 WBS CKD P<br><br><br>ORDER |

　　Plaintiff is a California prisoner proceeding pro se.  In a document filed by plaintiff on July 28, 2022, plaintiff asks that the court refer this matter back to the court's Alternative Dispute Resolution (ADR) program and stay this action an additional 120 days just as the court did on August 17, 2021.  Referral to the court's ADR program and imposition of the 120-day stay is typically something the court does at the early stages of a case in an attempt to limit expenditure of resources associated with litigation.  While referral to the court's ADR program and the imposition of an additional 120-day stay are not appropriate at this stage of the case, the court will always entertain a request for a settlement conference.

　　Plaintiff also has filed what the court construes as a request for reconsideration of the court's granting defendant's request to conduct plaintiff's deposition by video conference. Plaintiff fails to point to anything suggesting his deposition should be taken in person as opposed to by video conference.  Therefore, his request for reconsideration will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 28, 2022 request that the court refer this matter back to the court's Alternative Dispute Resolution program and stay the matter 120 days is denied; and

2. Plaintiff's August 4, 2022 request for reconsideration of the court's order granting defendant's request to conduct plaintiff's deposition by video conference is denied.

Dated: August 9, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coro0215.sty