UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO, | No. 2:21-cv-0215 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NARINDER SAUKHLA, et al., | |
| Defendants. | |

On October 17, 2022, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's September 21, 2022 order denying plaintiff's motion for leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 70) is DENIED.

Dated: November 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE