UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO,<br><br>             Plaintiff,<br><br>      v.<br><br>NARINDER SAUKHLA,<br><br>             Defendant. | No.  2:21-cv-0215 WBS CKD P<br><br><br>ORDER |

   For at least the fifth time (ECF Nos. 51, 57, 61, 66 & 83), plaintiff asks that the Clerk of the Court provide him with free copies of documents previously filed by defendant and himself. Plaintiff asserts that he is entitled to an extra copy pursuant to court policies regarding electronic filers.  As was explained to plaintiff on October 24, 2022 by the Clerk of the Court:

> The Court does not provide Plaintiff free copies of things filed by himself or others. A free electronic copy is provided to e-filers through the ECF system. Since plaintiff is not granted e-filing access, this procedure does not apply to him.

   Good cause appearing, IT IS HEREBY ORDERED that plaintiff's fifth request for copies (ECF No. 83) is denied.  Plaintiff is warned that if he files a sixth request asserting that he is entitled to free copies of documents, sanctions will issue.  Those sanctions could include a

/////

/////

1

recommendation that this action be dismissed for the filing of frivolous requests and / or failing to follow court orders.

Dated: November 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coro0215.rfd