IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISSAC M. CORONADO,** | Case No. 2:21-cv-215 WBS CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **SAUKHLA,** | |
| Defendant. | |

Good cause appearing, Defendant's *Ex Parte* Application for Order Vacating Pretrial Motions Cutoff is **GRANTED**.  The Court hereby vacates the current pretrial motions cutoff.  A new pretrial motions cutoff date will be set by separate order following resolution of Defendant's currently pending Second Motion to Compel Written Discovery Responses from Plaintiff.

Dated:  December 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE