UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC M. CORONADO, | No. 2:21-cv-0215 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NARINDER SAUKHLA, | |
| Defendant. | |

      On January 3, 2022, plaintiff filed what the court construes as a request that the Clerk of the Court be directed to enter default against defendant.

      On August 10, 2021, defendant filed a timely waiver of service of process. On August 17, 2021, the court stayed this action and referred it to the court's alternative dispute resolution (ADR) program. As part of the stay, the parties were informed not to file any further pleadings. As of August 17, 2021, the time for defendant to file his responsive pleading had not expired and defendant had not yet filed a responsive pleading. The ADR stay was lifted on April 1, 2022 and defendant was ordered to file a responsive pleading within 14 days. Defendant filed an answer on April 14, 2022.

      In light of the foregoing, IT IS HEREBY ORDERED that plaintiff's request that the Clerk of the Court be directed to enter default against defendant is denied. The court notes this is essentially plaintiff's third request that default be entered and that all three requests are frivolous.

1 | Plaintiff has already been warned about filing frivolous requests (ECF No. 84). If plaintiff persists in filing frivolous requests or motions, the court will, as the court previously warned, recommend that this action be dismissed.

Dated:  January 6, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
coro0215.def