1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ISSAC N. CORONADO,                     No.  2:21-cv-0215 WBS CKD P

12              Plaintiff,

13        v.                                ORDER

14   NARINDER SAUKHLA,

15              Defendant.

16

17        Plaintiff has filed a motion asking that the court order defendant to provide plaintiff with a

18   copy of the transcript of plaintiff's deposition.  The court does not have authority to do this.  If

19   plaintiff wishes to obtain a copy of his deposition transcript, he should contact the court reporter

20   who recorded the deposition.  Plaintiff has indicated he has had trouble locating the court

21   reporter.  Good cause appearing, the court will order defendant to provide plaintiff with the

22   contact information for the court reporter who recorded plaintiff's deposition within 10 days.

23        Plaintiff also asks that the court deem the transcript inadmissible at trial and as an exhibit

24   in other court filings such as a motion for summary judgment.  That request will be denied

25   without prejudice to renewal at trial or other instance where defendant seeks to introduce the

26   deposition transcript.

27   /////

28   /////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Plaintiff's request that the court order defendant to provide plaintiff with a copy of the

3 transcript of his deposition (ECF No. 78) is denied.

4       2.  Within 10 days, defendant shall provide plaintiff with the current contact information

5 for the court reporter who recorded plaintiff's deposition.

6       3.  Plaintiff's request that the court deem the transcript of plaintiff's deposition

7 inadmissible is denied without prejudice as described herein.

8 Dated:  January 30, 2023

9 _____

CAROLYN K. DELANEY

10 UNITED STATES MAGISTRATE JUDGE

13 1

14 coro0215.dep

2